IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| BILLY McDONALD, Individually an on Behalf of All Others Similarly Situated, | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil No. 3-13-CV-4965-K |
| WORLDPAC, INC., | § § | |
| Defendant. | § § | |

## CLASS CERTIFICATION SCHEDULING ORDER

Pursuant to Rule 16(b) of the Federal Rules of Civil Procedure, the Local Rules of this Court, and the Civil Justice Expense and Delay Reduction Plan for the Northern District of Texas, the Court **ORDERS** as follows:

1.   Plaintiffs must file their motion for class certification by January 5, 2015. The motion must comply with Local Rule 23.2 (except paragraph (f)), and must be accompanied by a supporting brief and all supporting evidence, including expert testimony, if any.  Defendants must file their response to Plaintiffs' motion for class certification, including a supporting brief and all supporting evidence, by January 26, 2015; and Plaintiffs must file their reply to Defendants' response, including a supporting brief and any rebuttal evidence, by February 9, 2015.  By separate order, the Court may, in its discretion, set a hearing on class certification.

2.Any motions requesting leave to join additional parties must be filed within 60 days of the date this order is signed.  Any motion for leave to amend pleadings under Federal Rule 15(a) must be filed within 60 days of the date this order is signed.  Any motion for leave to amend pleadings after that date must show good cause pursuant to Federal Rule 16(b).

3.All discovery except that related to class certification is stayed.

4.The parties may, by written agreement timely filed with the Court, alter any deadlines and limitations set forth in this paragraph, without the need for an order issued by the Court.  However, no continuance of Plaintiffs' deadline for filing their motion for class certification will be granted because the parties agreed to an extension of any of these deadlines.

a.Class certification discovery may begin immediately, but this discovery closes November 6, 2014.  All written discovery must be sent in a timely manner such that any response is due before class certification discovery closes;

b.Plaintiffs must designate experts, if any, within 60 days of the date this order is signed;

c.Defendants must designate experts, if any, within 75 days of the date this order is signed;

d.Plaintiffs must designate rebuttal experts, if any, within 90 days of the date this order is signed;

  e. Each side may submit up to 15 written interrogatories. The time for responding to these interrogatories will be 15 days. Each side may take up to 30 hours of depositions;

There appears to be no further reason at this time to maintain the file as open for statistical purposes. The Clerk is therefore instructed to submit a JS-6 form to the Administrative Office, thereby removing this case from the statistical records.

Nothing in this Order shall be considered a dismissal or disposition of this case. After ruling on the issue of class certification, the Court will re-open this case and issue a separate order requiring the parties to file a Report Regarding Contents of Scheduling Order to address the deadlines for the remainder of this case.

  SO ORDERED.

  Signed July 11th, 2014.

*Ed Kinkeade*
ED KINKEADE
UNITED STATES DISTRICT JUDGE